UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FELICIA ARLIN,<br><br>               Plaintiff,<br><br>        v.<br><br>KILOLO KIJAKAZI, Acting<br>Commissioner of Social Security,<br><br>               Defendant. | No. 2:21-cv-00704-JDE<br><br>ORDER AWARDING ATTORNEY<br>FEES UNDER THE EQUAL<br>ACCESS TO JUSTICE ACT,<br>28 U.S.C. § 2412(d), AND COSTS<br>UNDER 28 U.S.C. § 1920 |

Based upon the parties' Stipulation (Dkt. 18), IT IS ORDERED that Plaintiff shall be awarded attorney's fees and expenses of $4,516.11 under 28 U.S.C. § 2412(d), and costs of $400.00 under 28 U.S.C. § 1920 subject to the terms of the above-referenced Stipulation.

Dated: February 23, 2022

_____
JOHN D. EARLY
United States Magistrate Judge